George E. Moring, Appellee, v. The Peelle Company,
Appellant.

Gen. No. 39,307.

Heard in second division, first district, at June term, 1937; opinion filed February 23, 1940. Sims & Stransky, for appellant; James P. Carey, Jr., and David F. Matchett, Jr., of counsel; Miller, Gorham, Wales & Adams, for appellee; Herbert C. DeYoung and Charles F. White, of counsel. Opinion by PRESIDING JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''